ROBERT K. PHILLIPS
Nevada Bar No. 11441
TIMOTHY D. KUHLS
Nevada Bar No. 13362
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
tkuhls@psalaw.net

*Attorneys for Defendant*
*Walmart Inc. & Robert McCown*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA ENRIQUEZ, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC. d/b/a WALMART NEIGHBORHOOD MARKET, a Delaware Corporation; ROBERT MCCOWN, an Individual; DOES I - X; and ROE BUSINESS ENTITIES XI-XX, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-01304-RFB-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

. . .

. . .

. . .

. . .

. . .

. . .

. . .

- 1 -

party's own costs and attorney's fees.

DATED this 5th day of May, 2020.                    DATED this 5th day of May 2020

**CLAGGETT & SYKES LAW FIRM**                       **PHILLIPS, SPALLAS & ANGSTADT LLC**

*/s/ Jennifer Morales*                              */s/ Timothy D. Kuhls*
_____                         _____
SEAN K. CLAGGETT, ESQ.                              ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 8407                                 Nevada Bar No. 14411
JENNIFER MORALES, ESQ.                              TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 8829                                 Nevada Bar No. 13362
4101 Meadows Lane, Suite 100                        504 S. 9th Street
Las Vegas, NV 89107                                 Las Vegas, NV 89101

*Attorneys for Plaintiff*                           *Attorneys for Defendant*
*Sandra Enriquez*                                   *Walmart Inc. & Robert McCown*

*Sandra Enriquez*
*Case No.* **2:19-cv-01304-RFB-DJA**

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this __6th__ day of __May_____, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

- 2 -